# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH ANN WILBURN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, *et al.*,<br><br>Defendants. | Case No. 1:18-cv-01152-LJO-EPG<br><br>**ORDER DENYING MOTION TO PROCEED** *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

Plaintiff, Deborah Ann Wilburn, proceeding *pro se*, has applied to proceed *in forma pauperis* ("IFP") (ECF No. 2). Plaintiff indicates on her IFP application that she has received money in the past 12 months from specified sources, including Social Security, but does not specify the amount and sources of all income, and what she expects she will continue to receive. (*See id.* (requiring, if applicant answered "yes" to receiving money from any sources in the past twelve months, to "describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive").) Accordingly, the IFP application does not make the showing required to proceed IFP, *see* 28 U.S.C. § 1915(a), and the application will be denied without prejudice.

///

///

1

IT IS ORDERED:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED without prejudice.

2. Plaintiff must either submit a renewed *in forma pauperis* application, with all information completed, including the amount of Plaintiff's income, or pay the filing fee within **thirty (30) days** from the date of this order.

IT IS SO ORDERED.

Dated: **September 24, 2018**

/s/ *Eric P. Groj*
UNITED STATES MAGISTRATE JUDGE