1
2
3
4
5
6
7            **UNITED STATES DISTRICT COURT**
8            **EASTERN DISTRICT OF CALIFORNIA**
9
10
| | |
|---|---|
| DEBORAH ANN WILBURN, | Case No. 1:18-cv-01152-LJO-EPG |
| Plaintiff, | **ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*** |
| v. | (ECF No. 4) |
| MICK HOMANDO, | |
| Defendant. | |

Plaintiff, Deborah Ann Wilburn, is proceeding *pro se* in this action. (ECF No. 1). On August 27, 2018, Plaintiff submitted an application to proceed *in forma pauperis*. (ECF No. 2). The Court denied the application without prejudice because Plaintiff failed to provide necessary information. (ECF No. 3.) On October 5, 2018, Plaintiff filed a renewed application. (ECF No. 4.) In her renewed application, Plaintiff has made the requisite showing under 28 U.S.C. § 1915(a). Accordingly, her application to proceed *in forma pauperis* is GRANTED.

As to the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of pro se complaints to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant

who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment. The complaint will be screened in due course and Plaintiff will be served with the resulting order.

IT IS SO ORDERED.

Dated: __**October 11, 2018**__        ___/s/ Eric P. Grosoj___
                                     UNITED STATES MAGISTRATE JUDGE